IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KATHY PARKS, Individually and as Representative of the Estate of WILLIE WILLIAM GREGG, ROBERT GREGG, SUSAN STAHURA, CARRIE BEGGS, and JAMES FUSON,<br>　　　*Plaintiffs,*<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br>　　　*Defendant.* | CIVIL ACTION NO. 1:20-cv-00824<br>JURY TRIAL DEMANDED |

## DEFENDANT LOWE'S HOME CENTERS, LLC'S
## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 and Local Rule CV-81, Defendant LOWE'S HOME CENTERS, LLC, hereby removes to this Court, the state court action described in Paragraph 1 below. Pursuant to 28 U.S.C. § 1446(a), Defendant sets forth the following "short and plain statement of the grounds for removal."

## I.
## THE REMOVED CASE

1.　　The removed case is a civil action first filed with the 335th Judicial District Court of Bastrop County, Texas, on July 1, 2020, styled *Kathy Parks, Individually and as Representative of the Estate of Willie William Gregg, Robert Gregg, Susan Stahura, Carrie Beggs, and James Fuson v. Lowe's Home Centers, LLC,* under Cause No. 1556-335 (the "State Court Action").

## II.
## DOCUMENTS FROM REMOVED ACTION

2. Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 81 and 28 U.S.C. § 1446(a), Defendant attaches the following documents to this Notice of Removal:

(a) A list of all parties in the case, their party type and current status;

(b) a civil cover sheet and certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action (e.g., complaints, amended complaints, supplemental complaints, petitions, counter-claims, cross-actions, third party actions, interventions, etc.); all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court, as required by 28 U.S.C. § 1446(a);

(c) a complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number and party or parties represented by him/her;

(d) A record of which parties have requested trial by jury; and

(e) The name and address of the court from which the case is being removed.

## III.
## REMOVAL PROCEDURE

3. Except as otherwise expressly provided by Act of Congress, any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed to the United States District Courts for the district and division embracing the place where the action is pending. 28 U.S.C. § 1441. The Austin Division of the Western District Court of Texas is the United States district and division embracing Bastrop County, Texas, and the county in which the State Court Action is pending.

4. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders in the State Court Action as of the date of this pleading are attached hereto as *Exhibit "B"* and incorporated herein for all purposes.

5. Defendant will promptly give all parties written notice of the filing of this Notice of Removal and will promptly file a copy of this Notice of Removal with the Clerk of the 335th Judicial District Court, Bastrop County, Texas, where the action is currently pending.

## IV.
## REMOVAL IS TIMELY

6. According to the State Court Action file, Defendant LOWE'S HOME CENTERS, LLC was served with a copy of Plaintiffs' Original Petition ("Petition") on July 8, 2020.

7. Since the thirtieth day of service of the Petition on Lowe's falls on August 7, 2020, this Notice of Removal is filed timely pursuant to 28 U.S.C. § 1446(b).

## V.
## VENUE IS PROPER

8. The United States District Court for the Western District of Texas, Austin Division, is the proper venue for removal of the State Court Action pursuant to 28 U.S.C. § 1441(a) because the 335th Judicial District Court of Bastrop County, Texas, is located within the jurisdiction of the United States District Court for the Western District of Texas.

## VI.
## DIVERSITY OF CITIZENSHIP EXISTS

9. This is a civil action that falls under the Court's original jurisdiction pursuant to 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship in accordance with 28 U.S.C. §§ 1441 and 1446. Removal is proper because there is complete diversity between all of the parties.

10. As admitted in the Petition, Plaintiff Kathy Park is a resident of Bastrop County, Texas.[1]

11. Defendant LOWE'S HOME CENTERS, LLC, is a foreign Limited Liability Company organized and existing under the laws of the State of North Carolina and a resident of the State of North Carolina. The Limited Liability Company is comprised of six managing members, Akinjide Falaki who is domiciled in and a resident of the State of North Carolina; David R. Green, who is domiciled in and a resident of the State of North Carolina; Beth R. MacDonald who is domiciled in and a resident of the State of North Carolina, Tiffany L. Mason, who is domiciled in and is a resident of the State of North Carolina; Brandon J. Sink, who is domiciled in and a resident of the State of North Carolina, and Gary White, who is domiciled in and a resident of the State of North Carolina. Additionally, LOWE'S principal office is located at 1000 Lowe's Boulevard, Mooresville, North Carolina 28117. Pursuant to 28 U.S.C. § 1332(c)(1), LOWE'S is not a resident of the State of Texas.

---

[1] The residency of Plaintiffs Robert Gregg, Susan Stahura, Carrie Beggs, and James Fuson is not plead in the Plaintiffs' Original Petition. *See* Plaintiffs' Original Petition at p. 1, ¶2.

## VII.
## THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED

12. In the Petition, each Plaintiff seeks damages "in excess of $200,000 but less than $1 million."[2]

13. Based on the aforementioned facts pled in the Petition, the State Court Action may be removed to this Court by Defendant Lowe's in accordance with the provisions of 28 U.S.C. § 1441(a) because: (i) this is a civil action pending within the jurisdiction of the United States District Court for the Western District of Texas; (ii) this action is between citizens of different states; and (iii) the amount in controversy as specifically pled by the Plaintiffs exceeds $75,000, exclusive of interest and costs.

## VIII.
## FILING OF REMOVAL PAPERS

14. Pursuant to 28 U.S.C. § 1446(d), Defendant Lowe's is providing written notice of the filing of this Notice of Removal to all counsel of record and is filing a copy of this Notice with the Clerk of the 335th Judicial District Court of Bastrop County, Texas, in which this action was originally commenced.

## IX.
## CONCLUSION

15. Defendant LOWE'S HOME CENTERS, LLC hereby prays that the above-captioned action be removed from the 335th Judicial District Court of Bastrop County, Texas, and requests that further proceedings be conducted in the United States District Court for the Western District of Texas, Austin Division, as provided by law.

---

[2] *See* Plaintiffs' Original Petition at p. 2, Section III.

Respectfully submitted,

**MAYER LLP**
750 North Saint Paul Street, Suite 700
Dallas, Texas 75201
214.379.6900 / F: 214.369.6939

By: */s/ Robin R. Gant*
    Zach T. Mayer
    State Bar No. 24013118
    E-Mail: zmayer@mayerllp.com
    Robin R. Gant
    State Bar No. 24069754
    E-Mail: rgant@mayerllp.com
    Mavish Bana
    State Bar No. 24096653
    E-Mail: mbana@mayerllp.com

**ATTORNEYS FOR DEFENDANT
LOWE'S HOME CENTERS, LLC**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on August 5, 2020, the foregoing *Notice of Removal* was electronically filed, as required by the United States District Court for the Western District of Texas, using the Court's CM/ECF filing system, which will provide notice and a copy of this document, with attachments, to the following, who are indicated to be registered ECF filers in the United States District Court for the Western District of Texas:

| | |
|---|---|
| Price Ainsworth<br>LORENZ & LORENZ, L.L.P.<br>1515 South Capital of Texas Hwy, Suite 500<br>Austin, Texas 78746<br><br>*Counsel for Plaintiffs* | ☐ E-MAIL (PRICEAINSWORTH@LORENZANDLORENZ.COM)<br>☐ HAND DELIVERY<br>☐ FACSIMILE<br>☐ OVERNIGHT MAIL<br>☐ REGULAR, FIRST CLASS MAIL<br>☒ CM/ECF<br>☐ CERTIFIED MAIL/RETURN RECEIPT REQUESTED |

                                      */s/ Robin R. Gant*
                                      Robin R. Gant