IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KATHY PARKS, *Individually and as Representative Of the Estate of Willie William Gregg*, ROBERT GREGG, SUSAN STAHURA, CARRIE BEGGS and JAMES FUSON, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:20-CV-824-RP |
| LOWE'S HOME CENTERS, LLC, | § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

On December 27, 2021, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning Defendants' Motion for Summary Judgment, (Dkt. 15). (R. & R., Dkt. 19). The Court's Order granted summary judgment to Defendant on each of Plaintiffs' claims. (*Id.*).

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on December 27, 2021.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE